**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 11-cv-00426-RBJ-CBS

1781808 ONTARIO LIMITED, a Canadian corporation,
1781807 ONTARIO LIMITED, a Canadian corporation,
d/b/a Gold's Gym London,

      Plaintiffs,

v.

AMERICAN SERVICE FINANCE CORPORATION,
a Colorado corporation, d/b/a ASF INTERNATIONAL, INC.,

      Defendant.

---

## LETTERS ROGATORY

---

      WHEREAS, there is an action pending in the United States District Court, for the District of Colorado, which is captioned as set forth above;

      WHEREAS, this Court has jurisdiction over the proceeding captioned above;

      WHEREAS, this Court is a court of law and equity, and has the power to compel the attendance of witnesses and the production of documents by corporations and individuals both in and outside the jurisdiction;

      WHEREAS, Northland Fitness, Inc. is a Canadian corporation registered in Ontario, Canada;

      WHEREAS, Ziad Jaber is an individual residing in Ontario, Canada;

      WHEREAS, Plaintiffs 1781807 Ontario Limited, a Canadian corporation d/b/a/ Gold's Gym London and 1781808 Ontario Limited, a Canadian corporation desire to serve subpoenas duces tecum on nonparties Northland Fitness, Inc. and Ziad Jaber, in Canada to obtain information from file cabinets and computer equipment related to the above-captioned lawsuit as described in **Exhibits 1 and 2**, attached hereto;

WHEREAS, Plaintiffs have thus far exhausted its attempts to recover the computer equipment and file cabinets necessary to proceed with its action in Colorado without the court's intervention;

WHEREAS, the documents and electronically stored information on the file cabinets and the computer equipment are relevant to the litigation in Colorado as it contains evidence of Plaintiffs' claim for damages and further evidence of its claims against the Defendant;

WHEREAS, all evidence sought in the requested subpoenas duces tecum is necessary for the purpose of trial in the Colorado litigation;

WHEREFORE, it is respectfully requested that, in the interest of justice, you issue subpoenas duces tecum to nonparties Northland Fitness, Inc. and Ziad Jaber in the form attached hereto as **Exhibits 1 and 2** to produce the records discussed therein.

Dated this 3rd day of November, 2011.

By the Court

_____
United States ~~Judge~~ Magistrate Judge
Craig B. Shaffer