IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-00426-RBJ-CBS

1781808 ONTARIO LIMITED, a Canadian corporation, and
1781807 ONTARIO LIMITED, a Canadian corporation d/b/a as Gold's Gym London,

    Plaintiffs,

v.

AMERICAN SERVICE FINANCE CORPORATION, a Colorado corporation d/b/a
ASF International, Inc.,

    Defendant.

---

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

    This matter has been scheduled for an **eight-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **August 27, 2012 at 9:00 a.m.**

    A Trial Preparation Conference is set for **August 7, 2012 at 8:30 a.m.** Counsel who will try the case shall attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

    For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 21st day of February, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge