IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Civil Action No. 11-cv-00426-RBJ-CBS

1781808 ONTARIO LIMITED,

    Plaintiff,

1781807 ONTARIO LIMITED,

    Plaintiff/Counter Defendant,

v.

AMERICAN SERVICE FINANCE CORPORATION,

    Defendant/Counter Claimant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this 5th day of September, 2012.

BY THE COURT:

R. Brooke Jackson, U.S. District Judge

Counsel for Plaintiff

Counsel for Defendant